**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DANIEL REYES ESCRIBANO, | : | |
| | : | Civil Action No. 07-3204 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| PAUL SCHULTZ, WARDEN, | : | |
| | : | |
| Respondent. | : | |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this ___1st___ day of ___February___, 2010,

ORDERED that Petitioner's motion (Docket Entry No. 31) for his immediate release is hereby DENIED; and it is finally

ORDERED that the Clerk shall serve this Order upon the parties, and shall re-close the file accordingly.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge